# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: REMODEL MASTER CORPORATION | § Case No. 12-08630 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL J. HEBENSTREIT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,165.80 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $151,036.42 | Claims Discharged Without Payment: $56,924.82 |
| Total Expenses of Administration: $22,683.58 | |

3) Total gross receipts of $ 173,720.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $173,720.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $130,000.00 | $292,578.11 | $151,036.42 | $151,036.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 30,656.88 | 30,656.88 | 22,683.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,928.28 | 28,397.33 | 25,492.97 | 0.00 |
| **TOTAL DISBURSEMENTS** | $188,928.28 | $351,632.32 | $207,186.27 | $173,720.00 |

4)  This case was originally filed under Chapter 7 on July 19, 2012. The case was pending for 59 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2017          By:  /s/MICHAEL J. HEBENSTREIT
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 709 East Main Street, Brownsburg, IN 46112 | 1110-000 | 173,720.00 |
| **TOTAL GROSS RECEIPTS** | | $173,720.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Dawn M O'Neill, Denise Bodenberg & Jock W Bry | 4110-000 | N/A | 141,541.69 | 0.00 | 0.00 |
| NOTFILED | Dawn O'Neill & Denise M. Bolden and/or Estate of | 4110-000 | 130,000.00 | N/A | N/A | 0.00 |
| | Hendricks County Treasurer | 4700-000 | N/A | 9,241.77 | 9,241.77 | 9,241.77 |
| | Estate of Billy Bryant | 4110-000 | N/A | 129,044.65 | 129,044.65 | 129,044.65 |
| | Beacon Sales Acquisitions | 4120-000 | N/A | 12,750.00 | 12,750.00 | 12,750.00 |
| **TOTAL SECURED CLAIMS** | | | $130,000.00 | $292,578.11 | $151,036.42 | $151,036.42 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - MICHAEL J. HEBENSTREIT | 2100-000 | N/A | 11,936.00 | 11,936.00 | 5,187.55 |
| Trustee Expenses - MICHAEL J. HEBENSTREIT | 2200-000 | N/A | 90.70 | 90.70 | 39.42 |
| Other - FOUTS & CO | 3410-000 | N/A | 1,911.00 | 1,911.00 | 830.55 |
| Other - FOUTS & CO | 3420-000 | N/A | 164.70 | 164.70 | 71.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.25 | 10.25 | 10.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.22 | 10.22 | 10.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.10 | 10.10 | 10.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.33 | 10.33 | 10.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - The Abstract & Title Guaranty Co, Inc. | 3510-000 | N/A | 5,956.40 | 5,956.40 | 5,956.40 |
| Other - The Abstract & Title Guaranty Co, Inc. | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Fidelity National Title Insurance | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Other - Comer Law Office | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Comer Law Office | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Fidelity National Title Insurance | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Benchmark | 2500-000 | N/A | 700.00 | 700.00 | 700.00 |
| Other - The Abstract & Title Guaranty Co, Inc. | 2500-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Other - The Abstract & Title Guaranty Co, Inc. | 2500-000 | N/A | 615.00 | 615.00 | 615.00 |
| Other - The Abstract & Title Guaranty Co, Inc. | 2820-000 | N/A | 3,237.18 | 3,237.18 | 3,237.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$30,656.88** | **$30,656.88** | **$22,683.58** |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | 7100-000 | 2,591.50 | 3,239.38 | 3,239.38 | 0.00 |
| 2 | General Credit Services | 7100-000 | 1,166.75 | 1,256.75 | 1,256.75 | 0.00 |
| 3 | GE Capital Retail Bank | 7100-000 | 10,329.12 | 10,031.98 | 10,031.98 | 0.00 |
| 4 | Xactware Solutions | 7100-000 | 670.89 | 670.89 | 670.89 | 0.00 |
| 5 | GE Information Tech Solutions, Inc. | 7100-000 | 12,738.17 | 10,293.97 | 10,293.97 | 0.00 |
| 6U | Dawn M O'Neill, Denise Bodenberg & Jock W Bry | 7100-000 | N/A | 2,904.36 | 0.00 | 0.00 |
| NOTFILED | Ikon Office Solutions | 7100-000 | 325.22 | N/A | N/A | 0.00 |
| NOTFILED | Home Pages Directories c/o Rauch-Milliken International | 7100-000 | 3,122.45 | N/A | N/A | 0.00 |
| NOTFILED | Latin Workforce Connection | 7100-000 | 5,238.45 | N/A | N/A | 0.00 |
| NOTFILED | Vectren Energy Delivery | 7100-000 | 149.85 | N/A | N/A | 0.00 |
| NOTFILED | Town of Brownsburg | 7100-000 | 29.92 | N/A | N/A | 0.00 |
| NOTFILED | Win Wholesale Credit | 7100-000 | 5,140.85 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 57.28 | N/A | N/A | 0.00 |
| NOTFILED | Gregory and Jennifer Briggs | 7100-000 | 13,655.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 1,638.26 | N/A | N/A | 0.00 |
| NOTFILED | Ambassador Company | 7100-000 | 474.57 | N/A | N/A | 0.00 |
| NOTFILED | ADI | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $58,928.28 | $28,397.33 | $25,492.97 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 12-08630 | **Trustee:** (340480) MICHAEL J. HEBENSTREIT |
| **Case Name:** REMODEL MASTER CORPORATION | **Filed (f) or Converted (c):** 07/19/12 (f) |
| | **§341(a) Meeting Date:** 08/20/12 |
| **Period Ending:** 06/16/17 | **Claims Bar Date:** 12/13/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 709 East Main Street, Brownsburg, IN 46112<br>  Imported from original petition Doc# 1; Lien: Account<br>No.<br>Dawn O'Neill & Denise M. Bolden<br>and/or Estate of Billy Bryant<br>2913 Horse Hill East Drive<br>Indianapolis, IN 46214 -  Amount: 130000.00 | 175,000.00 | 45,000.00 | | 173,720.00 | FA |
| 2 | Chase Bank Indianapolis, Indiana Acct.#xxx968<br>  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Town of Brownsburg Brownsburg, Indiana<br>  Imported from original petition Doc# 1 | 65.80 | 65.80 | | 0.00 | FA |
| 4 | Duke Security Deposit<br>  Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 5 | Office Equipment, Furniture Desk, Chair, HP Comp<br>  Imported from original petition Doc# 1 | 400.00 | 400.00 | | 0.00 | FA |
| 6 | Equipment & Supplies Shingles, Lumber, Small Han<br>  Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Cash  (u) | 0.00 | Unknown | | 0.00 | FA |
| 8 | Tools  (u) | 0.00 | Unknown | | 0.00 | FA |
| 9 | Machinery  (u) | 0.00 | Unknown | | 0.00 | FA |
| **9** | **Assets    Totals** (Excluding unknown values) | **$176,165.80** | **$46,165.80** | | **$173,720.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

bank accounts; cash; real estate; inventory; tools; machinery

Prep fee app Accountant move toward final admin; app to pay WHZ?

06/26/15  Ltr Fouts re: IRS and accountant fees

7/23/15 Ltr Onion

Memo File  09/16/15    Fee app for Fouts has been prepared, need to take care of tax penalty   and get response from Onion ???   Fouts and WHZ to be paid then
process claims (emw)

12/28/15  tried to call IRS on 12/23 to see status of tax issue;  ph Jill Onion;  she to send POA and will follow up with IRS

1/25/16  sent em to Onion re status of tax issue

06/30/16 - App to pay Acct. filed; Omnibus Objection filed

12/19/16 - TFR prepared for MJH review

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-08630 | **Trustee:** (340480)  MICHAEL J. HEBENSTREIT |
| **Case Name:** REMODEL MASTER CORPORATION | **Filed (f) or Converted (c):** 07/19/12 (f) |
| | **§341(a) Meeting Date:** 08/20/12 |
| **Period Ending:** 06/16/17 | **Claims Bar Date:** 12/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   July 19, 2014          **Current Projected Date Of Final Report (TFR):**   January 20, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 12-08630 | | | Trustee: | MICHAEL J. HEBENSTREIT (340480) | |
| Case Name: | REMODEL MASTER CORPORATION | | | Bank Name: | Rabobank, N.A. | |
| | | | | Account: | ******6966 - Checking Account | |
| Taxpayer ID #: | **-***1073 | | | Blanket Bond: | $1,190,587.50  (per case limit) | |
| Period Ending: | 06/16/17 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/02/13 | | The Abstract & Title Guaranty Co, Inc. | Sale Proceeds | | | 6,500.00 | | 6,500.00 |
| | {1} | Jeffrey Crose and Kristin Crose | Contract Sales Price | 173,720.00 | 1110-000 | | | 6,500.00 |
| | | | Commission | -5,956.40 | 3510-000 | | | 6,500.00 |
| | | | Title services and lender's title insurance | -50.00 | 2500-000 | | | 6,500.00 |
| | | Fidelity National Title Insurance | Settlement or Closing Fee | -400.00 | 2500-000 | | | 6,500.00 |
| | | Corner Law Office | Title Services Fee | -50.00 | 2500-000 | | | 6,500.00 |
| | | Corner Law Office | Deed Prep | -150.00 | 2500-000 | | | 6,500.00 |
| | | Fidelity National Title Insurance | Closing Protection Letter Fee | -25.00 | 2500-000 | | | 6,500.00 |
| | | Benchmark | Survey & Legal Description | -700.00 | 2500-000 | | | 6,500.00 |
| | | Hendricks County Treasurer | Delinquent Property Taxes / Nov 12/13 | -9,241.77 | 4700-000 | | | 6,500.00 |
| | | Estate of Billy Bryant | Land Contract Payoff | -129,044.65 | 4110-000 | | | 6,500.00 |
| | | Beacon Sales Acquisitions | Judgment | -12,750.00 | 4120-000 | | | 6,500.00 |
| | | | Deposit retained | -5,000.00 | 2500-000 | | | 6,500.00 |
| | | | Seller pad OT/S&E/TIEFF | -615.00 | 2500-000 | | | 6,500.00 |
| | | | County taxes 1/1/13 - 7/29/13 | -3,237.18 | 2820-000 | | | 6,500.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,490.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,480.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.25 | 6,469.75 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,459.75 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.22 | 6,449.53 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,439.53 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,429.53 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,419.53 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,409.53 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,399.53 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,389.53 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.10 | 6,379.43 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,369.43 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,359.43 |

Subtotals :   $6,500.00   $140.57

{} Asset reference(s)

Printed: 06/16/2017 05:44 PM   V.13.30

Exhibit 9

# Form 2
Page: 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-08630
**Case Name:** REMODEL MASTER CORPORATION

**Taxpayer ID #:** **-***1073
**Period Ending:** 06/16/17

**Trustee:** MICHAEL J. HEBENSTREIT (340480)
**Bank Name:** Rabobank, N.A.
**Account:** ******6966 - Checking Account
**Blanket Bond:** $1,190,587.50  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,349.43 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,339.43 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,329.10 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,319.10 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,309.10 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,299.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,289.10 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,279.10 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,269.10 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,259.10 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,249.10 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,239.10 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,229.10 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,219.10 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,209.10 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,199.10 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,189.10 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,179.10 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,169.10 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,159.10 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,149.10 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,139.10 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,129.10 |
| 09/23/16 | 101 | FOUTS & CO | Payment of Accountant Fees & Expenses (Order - Doc No. 31) Voided on 12/19/16 | 3410-004 | | 2,075.70 | 4,053.40 |
| 12/19/16 | 101 | FOUTS & CO | Payment of Accountant Fees & Expenses (Order - Doc No. 31) Voided: check issued on 09/23/16 | 3410-004 | | -2,075.70 | 6,129.10 |
| 02/15/17 | 102 | MICHAEL J. HEBENSTREIT | Dividend paid  43.46% on $11,936.00, Trustee Compensation;  Reference: | 2100-000 | | 5,187.55 | 941.55 |
| 02/15/17 | 103 | MICHAEL J. HEBENSTREIT | Dividend paid  43.46% on $90.70, Trustee Expenses;  Reference: | 2200-000 | | 39.42 | 902.13 |
| 02/15/17 | 104 | FOUTS & CO | Dividend paid  43.46% on $1,911.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 830.55 | 71.58 |
| 02/15/17 | 105 | FOUTS & CO | Dividend paid  43.46% on $164.70, Accountant | 3420-000 | | 71.58 | 0.00 |

Subtotals :  $0.00  $6,359.43

{} Asset reference(s)
Printed: 06/16/2017 05:44 PM   V.13.30

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-08630 | | Trustee: | MICHAEL J. HEBENSTREIT (340480) |
| Case Name: | REMODEL MASTER CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6966 - Checking Account |
| Taxpayer ID #: | **-***1073 | | Blanket Bond: | $1,190,587.50  (per case limit) |
| Period Ending: | 06/16/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for Trustee Expenses (Other Firm);  Reference: | | | | |
| | | | **ACCOUNT TOTALS** | | 6,500.00 | 6,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,500.00 | 6,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $6,500.00 | $6,500.00 | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******6966** | | 6,500.00 | 6,500.00 | 0.00 |
| | | $6,500.00 | $6,500.00 | $0.00 |

{} Asset reference(s)

Printed: 06/16/2017 05:44 PM    V.13.30